# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| GILBERTO GOMEZ-PERDOMO, | |
| **Plaintiff**, | |
| v. | CIVIL NO. 13-1635 (PAD) |
| WALGREENS OF SAN PATRICIO INC., <u>et al.</u>, | |
| **Defendants**. | |

## JUDGMENT

In accordance with this Court's Order of even date (Docket No. 52), judgment is entered dismissing plaintiff's claims with prejudice, with each party to bear its own costs and attorneys' fees. The Court will retain jurisdiction for the sole purpose of enforcing the provisions of the parties' confidential agreement. This case is now closed for statistical purposes.

**SO ORDERED.**

In San Juan, Puerto Rico, September 15, 2014.

s/Pedro A. Delgado-Hernández
PEDRO A. DELGADO-HERNÁNDEZ
United States District Judge
